UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL SAUNDERS, *on behalf of himself and all others similarly situated*,

                                Plaintiff,

                    v.

GOTHAM BUDS LLC,

                                Defendant.

---

24-CV-5772 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On September 16, 2024, the Court ordered the parties to meet and confer regarding settlement within 30 days of service of the summons and complaint, and within 15 additional days, to submit a joint letter requesting either (1) referral to mediation or a magistrate judge, or (2) an initial status conference. To date, no letter has been filed.

The parties shall submit their joint letter no later than December 12, 2024. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:        December 5, 2024
              New York, New York

                                                        _____
                                                        Ronnie Abrams
                                                        United States District Judge