UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL SAUNDERS, *on behalf of himself and all others similarly situated*,

        Plaintiff,

v.

GOTHAM BUDS LLC,

        Defendant.

24-CV-5772 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On September 16, 2024, the Court ordered the parties to meet and confer regarding settlement within 30 days of service of the summons and complaint, and within 15 additional days, to submit a joint letter requesting either (1) referral to mediation or a magistrate judge, or (2) an initial status conference. Because no letter was timely filed, the Court issued another order on December 5, 2024 directing the parties to file their letter by December 12, 2024. The parties have still not filed the letter as ordered.

Accordingly, it is hereby ORDERED that the parties shall submit their joint letter no later than January 16, 2025. Failure to do so will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    January 6, 2025
             New York, New York

                                                            Ronnie Abrams
                                                             United States District Judge