

**Manhattan Office**
110 East 59th Street, Suite 2300
New York, New York 10022

**Queens Office**
69-06 Grand Avenue, 3rd Floor
Maspeth, New York 11378

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1515 Market Street, Suite 1200
Philadelphia, Pennsylvania 19102

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Ave, Suite 832
Winter Park, Florida 32790

Jon L. Norinsberg, Esq.
jon@norinsberglaw.com

January 16, 2025

**VIA ECF**
Hon. Ronnie Abrams
United States District Court Judge
Southern District of New York
United States Courthouse
40 Foley Square, Room 1506
New York, N.Y. 10007
(212) 805-0284

    Re:   **Saunders v. Gotham Buds, LLC**
           Case No. 1:24-cv-05772-RA
           <u>Status Letter</u>

Dear Judge Abrams:

      We represent Plaintiff Michael Saunders in the above-referenced matter. We write in response to the Court's Order dated January 6, 2025, requiring the parties to file a Joint Letter and Proposed Case Management Plan by January 16, 2025. [Dkt. No. 1]. Specifically, notwithstanding our persistent actions, including serving Gregory Gray, CEO of Gotham Buds, LLC, they have failed to appear or otherwise respond to the Complaint. It is our intention to file a motion for Default Judgment within the next few days, and we respectfully request that this Honorable Court not dismiss the pending matter.

      Plaintiff initiated this action by filing a Complaint on July 30, 2024 [ECF No. 1]. On August 30, 2024, an affirmation of service was filed, indicating service upon Gregory Gray, CEO of Gotham Buds, LLC was effectuated. [Dkt. No. 5] Therefore, Defendant was required to answer or otherwise respond to the Complaint on or before September 18, 2024 [ECF No. 5]. To date, neither Defendant directly, nor counsel for Defendant has filed an Answer nor has attempted to respond to Plaintiff's numerous requests for their position.

   We have made several attempts to contact the Defendant directly to obtain their position on the matter and to discuss the Court's Order. Despite our numerous letters and communications, we have not received any response from the Defendant nor counsel.

   We assure the Court that we are prepared to file a motion for Default Judgment against the Defendant by January 21, 2025.

   We respectfully request that the Court not dismiss this case and allow us the opportunity to proceed with the prosecution of this matter including Default Judgment.

   Thank you for your understanding and consideration.

Application granted.  Plaintiff shall seek a default judgment pursuant to the procedure specified in this Court's Individual Rules.  *See* Individual Rule 4.F.  Plaintiff shall file a request to enter default no later than January 21, 2025.  *See* Individual Rules Att. A.

SO ORDERED.

_____
Hon. Ronnie Abrams
January 17, 2025

Respectfully submitted,

**JOSEPH & NORINSBERG, LLC**

_____
Arjeta Albani, Esq.
*Attorney For Plaintiff*
110 East 59th Street
Suite 2300
New York, New York 10022
(212) 227-5700
arjeta@employeejustice.com

  c.c.
  VIA Federal Express & Email
  Gotham Buds, LLC
  C/O  Gregory Gray, C.E.O.
  info@gothambudsny.com