UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL SAUNDERS, *on behalf of himself and all others similarly situated*,

          Plaintiff,

    v.

GOTHAM BUDS LLC,

          Defendant.

24-CV-5772 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On September 16, 2024, the Court ordered the parties to meet and confer regarding settlement within 30 days of service of the summons and complaint, and within 15 additional days, to submit a joint letter requesting either (1) referral to mediation or a magistrate judge, or (2) an initial status conference. Because no letter was timely filed, the Court issued two orders, on December 5, 2024 and January 6, 2025, directing the parties to file their letter. Plaintiff then notified the Court on January 16, 2025 that it would move for default judgment against Defendant by January 21, 2025. Although Plaintiff requested and received a clerk's certificate of default on February 12, 2025, Plaintiff has yet to file its motion for default judgment.

Accordingly, it is hereby ordered that Plaintiff shall move for default judgment no later than March 24, 2025. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    March 10, 2025
            New York, New York

                                                                                 Ronnie Abrams
                                                                               United States District Judge